DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. FELTS

No. 113P86.

Case below: 79 N.C. App. 205.

Petition by the State for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.

STATE v. HODGES

No. 195A86.

Case below: 79 N.C. App. 370.

Motion by the State to dismiss appeal for failure to show a substantial constitutional question allowed 6 May 1986.

STATE v. HOLLOWAY

No. 26P86.

Case below: 78 N.C. App. 223.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.

STATE v. HUNT

No. 96P86.

Case below: 78 N.C. App. 223.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 May 1986.

STATE v. INMAN

No. 134P86.

Case below: 79 N.C. App. 370.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1986.